UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:14CR7-16 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| WILLIAM D. ROBINSON, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

    This matter is before the Court upon Magistrate Judge Kathleen B. Burke's Report and Recommendation that the Court ACCEPT Defendant William D. Robinson's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 265.)

    On January 9, 2014, the government filed an Indictment against Defendant. (Doc. No. 1.) On July 9, 2014, this Court issued an order assigning this case to Magistrate Judge Burke for the purpose of receiving Defendant's guilty plea. (Doc. No. 205.)

    On August 8, 2014, a hearing was held in which Defendant entered a plea of guilty to Count Two of the Indictment, charging him with Distribution of 56.5 Grams of Heroin, a Schedule I Controlled Substance, in violation of Title 21 U.S.C. Sections 841(a)(1) & 841(b)(1)(C). Magistrate Judge Burke received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 265.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Count Two in violation of Title 21 U.S.C. Sections 841(a)(1) & 841(b)(1)(C). The sentencing will be held on November 4, 2014 at 11:30 a.m.

**IT IS SO ORDERED**.


Dated: September 17, 2014

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**